■ In the Matter .of ALBERT MINTZER, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Motion granted to the extent of consolidating the petition relating to Indictment No. 191-1963 and the petition relating to Indictment No. 1021-1963 and said petitions are replaced by the supplemental petition, duly verified May 28, 1963. In all other respects, the motion is denied. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of WOLF WEINREB et al., Respondents, v. HORTENSE W. GABEL, as City Rent and Rehabilitation Administrator, Appellant, and ALEXANDER H. KOSLOFF, as Chairman of the Tenants' Committee, Intervenor-Appellant.— Order, entered on January 15, 1963, annulling the Administrator's order and reinstating a rent increase, unanimously affirmed, with $20 costs and disbursements to the petitioners-respondents, on the authority of *Matter of East 19th Street* v. *Gabel* (19 A D 2d 590). Concur — Botein, P. J., Breitel, McNally, Stevens and Bergan, JJ.

■ INTERCONTINENTAL PLANNING, LIMITED, Respondent, v. DAYSTROM, INCORPORATED et al., Appellants.— Orders, entered on December 14, 1962 and February 4, 1963, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Resettled order entered on April 25, 1963, denying defendant Schlumberger N. V. (Schlumberger, Limited) time to make motions addressed to the complaint and directing defendants to produce their officers and employees before a Special Referee to give testimony, unanimously modified, on the law, on the facts and in the exercise of discretion to the extent of limiting the scope of the examination to whether Schlumberger was the agent of Daystrom for the purpose of service of process, and, as so modified, affirmed, without costs. The resettled order as entered was too broad. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC., Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents. — Proceeding unanimously dismissed, without costs. The issue raised herein is properly reviewable on appeal and therefore the writ will not lie. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.

■ In the Matter of SEYMOUR S. DETSKY, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ EATON FACTORS CO., INC. v. DOUBLE EAGLE CORP. et al.— Motion granted to the extent that the order of affirmance of this court entered on June 20, 1963 is modified to provide that the first decretal paragraph of the order appealed from is modified to direct that the individual defendants shall appear for examination before trial at Special Term, Part II of the court on a day to be fixed on the settlement of the order hereon with the order appealed from otherwise unanimously affirmed, without prejudice to the proceedings heretofore had and with the liens and injunctive provisions existing under and by virtue of the pending supplementary proceedings under the judgment to remain in full force and effect pending the determination of the action. Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.